```
UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 16-10323-FDS |
| JOSEPH ANGELO, ) | |
| ) | |
|   Defendant. ) | |
| _____) | |

## FINAL STATUS REPORT
## PURSUANT TO LOCAL RULE 116.5(c)

### July 11, 2017

Cabell, U.S.M.J.

On July 10, 2017, the parties appeared for a final status conference. The parties requested that the matter be reported up to the District Judge for an initial pretrial conference, which has been scheduled for July 28, 2017. That being said, the parties believe that the case is most likely to be resolved through a plea. No further status conferences are necessary before me and I therefore report as follows:

**Local Rule 116.5(c)(1) – Whether the Defendant Requests a Rule 11 Hearing**

The case is likely to be resolved by way of a plea but the parties are not yet prepared to request a Rule 11 hearing.

**Local Rules 116.5(c)(2)(A)-(B) – Status of Discovery**

Discovery is complete.

**Local Rule 116.5(c)(2)(C) – Whether all Motions under FRCP 12(b) have been Filed**

The Court has resolved the defendant's motion to dismiss; no additional Rule 12 motions will be filed.

**Local Rule 116.5(c)(2)(D) – The Status of Excludable Time**

To date, I have excluded all of the time from the time of arraignment to the initial pretrial conference scheduled for July 28, 2017. Accordingly, no time has elapsed under the Speedy Trial Act.

**Local Rule 116.5(c)(2)(E) and (c)(3) – Estimate of Trial and Miscellaneous Matters**

In the unlikely event the case were to go to trial, the government's case-in-chief would take approximately seven days. The defense would not intend to offer a defense of insanity, public authority, or alibi.

/s/ Donald L. Cabell
Donald L. Cabell
United States Magistrate Judge